MATTHEW D. McAULIFFE, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*McAuliffe* v. *N. Y. C. & H. R. R. R. Co.*, 88 App. Div. 356, affirmed.
(Argued March 8, 1905; decided April 11, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1903, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Ray B. Smith* for appellant.

*A. H. Cowie* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J.

---

AMY RAY ROSENFELD, Appellant, *v.* MARY M. DAVIDSON, Respondent.

*Rosenfeld* v. *Davidson*, 92 App. Div. 622, affirmed.
(Argued March 8, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1904, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Frederick Wiener* and *Otto Horwitz* for appellant.

*S. B. Livingston* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.